Michelle L. Roberts, State Bar No. 239092
 Email: mlr@ssrlawgroup.com
Cassie Springer-Sullivan, State Bar No. 221506
 Email: css@ssrlawgroup.com
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel:  510.992.6130
Fax: 510.280.7564

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE THOMPSON, | Case No. C10-00081 MMC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT;** |
| | **JOINT STIPULATION AND** |
| | **[PROPOSED] ORDER CONTINUING** |
| GROUP LONG TERM DISABILITY AND | **CASE MANAGEMENT CONFERENCE** |
| LIFE PLAN FOR EMPLOYEES OF | **SCHEDULED FOR APRIL 30, 2010** |
| AIXTRON, INC.; HARTFORD LIFE AND | |
| ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

**TO THE CLERK OF THE COURT, THE HONORABLE MAXINE M.**

**CHESNEY, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

WHEREAS, Plaintiff Patrice Thompson, and Defendants, Group Long Term Disability

and Life Plan for Employees of Aixtron, Inc. and Hartford Life and Accident Insurance Company

(collectively, "the Parties"), have agreed to a settlement in principle of all claims and causes of

action alleged in the above-referenced action;

WHEREAS, the Parties are in the process of preparing the settlement documents and

anticipate requiring four weeks to finalize and effectuate the terms of the settlement;

WHEREAS, the Parties are scheduled to appear for a case management conference before

1  this Court on April 30, 2010 at 10:30 a.m.;

2  WHEREAS, counsel for Defendants will have to arrange for transportation from Los

3  Angeles to San Francisco in order to attend the case management conference and in light of the

4  recent settlement in principle, the Parties believe that such expenditure of resources is

5  unnecessary;

6  and WHEREAS, the Parties desire to continue the currently scheduled case management

7  conference to June 4, 2010 at 10:30 a.m. to enable to Parties sufficient time to finalize the

8  settlement and dismiss the case with prejudice;

9  NOW, THEREFORE, the Parties stipulate as follows:

10  The case management conference scheduled for April 30, 2010 at 10:30 a.m. will be

11  continued to June 4, 2010 at 10:30 a.m., or as soon thereafter as may be heard by the Court.

12  IT IS SO AGREED AND STIPULATED.

13

14  Dated: April 23, 2010                    SPRINGER-SULLIVAN & ROBERTS LLP

15

16  By:        /s/
                Michelle L. Roberts
                *Attorneys for Plaintiff*

17  Dated: April 23, 2010                    BURKE, WILLIAMS & SORENSEN, LLP

18

19  By:        /s/ (authorized on 4/23/10)
                Melissa M. Cowan
                *Attorneys for Defendants*

20

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.   Specifically, the Case
    Management Conference is CONTINUED to June 4, 2010.

22  Dated:  April 26, 2010

23  Honorable Maxine M. Chesney
    United States District Court Judge

24

25

26

27

28

NOTICE OF SETTLEMENT;
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
[CASE NO. C10-00081 MMC]                                             Page 2