1  Michelle L. Roberts, State Bar No. 239092
    Email: mlr@ssrlawgroup.com
2  Cassie Springer-Sullivan, State Bar No. 221506
    Email: css@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel: 510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PATRICE THOMPSON,                )  Case No. C10-00081 MMC
                                    )
12            Plaintiff,            )
       vs.                          )  **STIPULATED DISMISSAL AND**
13                                  )  **[PROPOSED] ORDER**
                                    )  [FED. R. CIV. P. 41(a)(1)]
14 GROUP LONG TERM DISABILITY AND   )
   LIFE PLAN FOR EMPLOYEES OF       )
15 AIXTRON, INC.; HARTFORD LIFE AND )
   ACCIDENT INSURANCE COMPANY,      )
16                                  )
              Defendants.           )
17 _____  )

18     Plaintiff Patrice Thompson and Defendants, Group Long Term Disability and Life Plan

19 for Employees of Aixtron, Inc. and Hartford Life and Accident Insurance Company (collectively,

20 "the Parties") have reached a resolution of this matter. The parties agree to dismiss this action in

21 its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own

22 attorneys' fees and costs.

23     IT IS SO AGREED AND STIPULATED.

24

25 Dated: May 12, 2010                         SPRINGER-SULLIVAN & ROBERTS LLP

26
                                       By:     /s/_____
27                                             Cassie Springer-Sullivan
                                               *Attorneys for Plaintiff*
28

1  Dated: May 12, 2010                                         BURKE, WILLIAMS & SORENSEN, LLP

2                                              By:      /s/
                                                      Melissa M. Cowan
3                                                     *Attorneys for Defendants*

4                                    **[PROPOSED] ORDER**

5     The Court hereby dismisses this action with prejudice.

8  Dated: May 13, 2010                              *[signature]*
                                                    Honorable Maxine M. Chesney
9                                                   United States District Court Judge